Decided November 9, 2005

HARTFORD FIRE INSURANCE COMPANY *v.* SCOTT WARNER ET AL.

The petition by the defendant Linda Warner for certification for appeal from the Appellate Court, 91 Conn. App. 685 (AC 25147), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John K. Harris, Jr.*, in support of the petition.

Decided November 9, 2005